UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL ROSE, ) | |
| ) | CIVIL ACTION |
| Plaintiff, ) | NO 21-10306-JGD |
| ) | |
| v. ) | |
| ) | |
| FEDERAL BUREAU OF PRISONS, et al., ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

March 23, 2021

DEIN, U.S.M.J.

On February 21, 2021, Russell Rose ("Rose"), an inmate confined to FMC Devens ("Devens"), filed a *pro se* complaint against multiple Devens officials and employees pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S 388 (1971).

On February 24, 2021, Rose was ordered either to pay the fee or seek leave to proceed *in forma pauperis*. On March 22, 2021, Rose paid the $402.00 filing fee. Accordingly:

1. The Clerk shall issue summons for service of the complaint on the Federal Bureau of Prisons and Warden A. Boncher, and the plaintiff shall serve the summons, complaint, consent package, and this Order in accordance with Rule 4 of the Federal Rules of Civil Procedure.

2. At this time, summonses will not issue as to the defendants identified as "unknown" defendants. If, through discovery, Rose discovers the true name of the unknown defendants, he "should act promptly to amend the complaint to substitute the correct parties and

to dismiss any baseless claims." *Martinez-Rivera v. Sanchez Ramos*, 498 F.3d 3, 8 n.5 (1st Cir. 2007).  He may then also file a motion for issuance of a summons for these defendants.

3.  Because the filing fee has been paid, Rose is required to arrange for service of the summons and complaint pursuant to Rule 4 of the Federal Rules of Civil Procedure. Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, plaintiffs may choose an alternative to serving the defendants with the summons and complaint by offering the defendants the option to waive service of the summons. *See* Fed. R. Civ. P. 4(d).  The Clerk shall provide Rose with a courtesy copy of the complaint and the following forms: (1) Notice of Lawsuit and Request to Waive Service of Summons (form AO 398) and (2) Waiver of the Service of Summons (form AO 399).  Because Rose is not proceeding *in forma pauperis*, the U.S. Marshals Service will not be ordered to effect service of process and advance the costs of service.[1]

4.  The plaintiff shall have 90 days from the date of the issuance of the summons to complete service.

SO ORDERED.

 /s/ Judith Gail Dein
Judith Gail Dein
U.S. Magistrate Judge

---

[1] If Rose seeks to have service of process effected by the U.S. Marshals Service, he must submit a motion for leave to proceed *in forma pauperis* accompanied by a copy of his prison account statement along with a motion for service by the U.S. Marshal Service.