UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


| | | |
|---|---|---|
| RUSSELL ROSE, | ) | |
| | ) | CIVIL ACTION |
| Plaintiff, | ) | NO 21-10306-JGD |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL BUREAU OF PRISONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING EXTENSION OF TIME

September 23, 2021

DEIN, U.S.M.J.

The posture of this case is set forth in the court's August 25, 2021, order pursuant to Fed. R. Civ. P. 4(m).  Docket No. 9.  At that time, plaintiff was directed to show cause why this case should not be dismissed without prejudice.  *Id.*

Now before the court is plaintiff's show cause reply.  Docket No. 10.   Plaintiff states that he served the summons and complaint on the warden.  *Id.*  He further states that he was unaware that the first attempt to show proof of service failed and that he is unable to make the required copies for service because he is housed in a special housing unit.  *Id.*

Although plaintiff states in his show cause reply that he served the warden and the court with copies of the summons and complaint, he fails to describe how he served Warden Boncher, and he failed to serve the Federal Bureau of Prisons, the Attorney General for the United States and the United States Attorney for the District of Massachusetts.

In light of plaintiff's response, the court will grant an extension of time to provide proper service to the defendants.  Detailed instructions for proper service are set forth in Rule 4 of the Federal Rules of Civil Procedure.  For litigants authorized to proceed *in forma pauperis*, the court must order that service be made by the United States Marshals Service.  *See* Fed. R. Civ. P. 4(c).

Here, plaintiff paid the filing fee for this action.  However, he may file a motion for authorization to proceed *in forma pauperis*.  If plaintiff seeks leave to proceed *in forma pauperis*, and such request is granted, the court will order service by the United States Marshals Service with all costs of service to be paid by the United States.

If, however, the plaintiff does not proceed *in forma pauperis*, he must serve the summons and complaint in compliance with Rule 4 of the Federal Rules of Civil Procedure.

Accordingly, it is hereby ORDERED that plaintiff is granted an extension of time until **December 17, 2021** to provide proper service of process to the defendants.  The Clerk shall send to plaintiff one blank form "Application to Proceed in District Court without Prepaying Fees or Costs."  If plaintiff seeks leave to proceed *in forma pauperis* by filing an Application to Proceed in District Court without Prepaying Fees or Costs, and such Application is granted, the Court will direct service of the summons and complaint by the United States Marshals Service.

SO ORDERED.

 /s/ Judith Gail Dein
Judith Gail Dein
U.S. Magistrate Judge