UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL ROSE, ) | |
| ) | CIVIL ACTION |
| Plaintiff, ) | NO 21-10306-JGD |
| ) | |
| v. ) | |
| ) | |
| FEDERAL BUREAU OF PRISONS, et al., ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

January 5, 2022

DEIN, U.S.M.J.

    The complaint in this case was filed on February 21, 2021. On March 22, 2021, plaintiff paid the filing fee and summons issued. On March 31, 2021, plaintiff consented to jurisdiction by the undersigned magistrate judge.

    Because plaintiff failed to file proof of service, on August 25, 2021, the court ordered plaintiff to show cause why the case should not be dismissed without prejudice. After receiving plaintiff's show cause response, plaintiff was granted an extension of time until December 17, 2021 to provide proper service of process to the defendants.

    To date, there has been no return to the court of proof of service of the summons and complaint as required by Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b) of the Local Rules of this Court.

Accordingly, it is hereby ORDERED that this action is dismissed without prejudice for failure to comply with this Court's orders to provide proper service of process pursuant to Rule 4 of the Federal Rules of Civil Procedure.

SO ORDERED.

 /s/ Judith Gail Dein
Judith Gail Dein
U.S. Magistrate Judge