UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL ROSE, ) | |
| ) | CIVIL ACTION |
| Plaintiff, ) | NO 21-10306-JGD |
| ) | |
| v. ) | |
| ) | |
| FEDERAL BUREAU OF ) | |
| PRISONS, et al., ) | |
| Defendants. ) | |

## ORDER FOR REASSIGNMENT AND REPORT AND RECOMMENDATION
August 8, 2023

DEIN, U.S.M.J.

On June 2, 2023, Plaintiff Russell Rose, now in custody at FCI Otisville, was ordered to file proof of service or show good cause why service has not been made. The order stated that proof of service of the summons and amended complaint is required by Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).[1]

The court's records indicate that proof of service has not been filed and Rose failed to respond to the Court's June 2, 2023 Order, Plaintiff has filed nothing since the issuance of the June 2, 2023 order. It is a long-established principle that the court has the authority to dismiss an action *sua sponte* for a party's failure to prosecute his action and his failure to follow the court's orders.

---

[1] Under Rule 4(m), if a defendant is not served within 90 days after the complaint is filed, the court, on motion or its own after notice to plaintiff, must dismiss the action without prejudice against that defendant or order that service be completed within a specified time. Fed. R. Civ. P. 4(m). Under Local Rule 4.1(a), any summons not returned with proof that it was served within 90 days after the complaint is filed is deemed unserved for the purpose of Fed. R. Civ. P. 4(m). L.R. 4.1(a).

Accordingly, for the failure to comply with the June 2, 2023 order, the court will order this case reassigned to a district judge and recommend dismissal without prejudice.

## ORDER FOR REASSIGNMENT

Because Plaintiff has not filed a return of service with proof of service of the amended complaint, and/or to show good cause why proper service of the amended complaint has not been made, this action should not be permitted to proceed. Therefore, this court will direct the case to be returned to the Clerk's Office for REASSIGNMENT to a District Judge for further proceedings.

## RECOMMENDATION TO THE DISTRICT JUDGE

Because Plaintiff failed to file a return of service with proof of service of the amended complaint, this Court RECOMMENDS to the District Judge to whom this case is reassigned, that this action be dismissed without prejudice.

## NOTICE OF RIGHT TO OBJECT

Plaintiff is hereby advised that under the provisions of Fed. R. Civ. P. 72 any party who objects to these proposed findings and recommendations must file a written objection thereto with the Clerk of this Court within 14 days after being served with this Report and Recommendation. The written objections must specifically identify the portion of the proposed findings, recommendations or report to which objection is made and the basis for such objections. The parties are further advised that the United States Court of Appeals for this Circuit has repeatedly indicated that failure to comply with this Rule shall preclude further appellate review. See Keating v. Sec'y of Health & Human Servs., 848 F.2d 271, 275 (1st Cir. 1988); United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986); Park Motor Mart, Inc. v. Ford Motor Co., 616 F.2d 603, 604-05 (1st Cir. 1980); United States v. Vega, 678 F.2d 376, 378-79

(1st Cir. 1982); Scott v. Schweiker, 702 F.2d 13, 14 (1st Cir. 1983); see also Thomas v. Arn, 474 U.S. 140, 153-54, 106 S. Ct. 466, 474, 88 L. Ed. 2d 435 (1985). Accord Phinney v. Wentworth Douglas Hosp., 199 F.3d 1, 3-4 (1st Cir. 1999); Henley Drilling Co. v. McGee, 36 F.3d 143, 150-51 (1st Cir. 1994); Santiago v. Canon U.S.A., Inc., 138 F.3d 1, 4 (1st Cir. 1998).

                      SO ORDERED.

                      /s/ Judith Gail Dein
                      Judith Gail Dein
                      U.S. Magistrate Judge